UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

SHMUEL JACOBS and UPRISE MARKETING LLC,

Plaintiffs

— against —

LEOPOLDO JOAQIN DEL LA MAZA and DLM VENTURES, LLC,

Defendants.

20-CV-3320 (ARR)

**Opinion & Order**

**Not for electronic or print publication**

ROSS, United States District Judge:

This Court has received the Report and Recommendation on the instant case dated August 18, 2023, from the Honorable Taryn A. Merkl, United States Magistrate Judge. No objections have been filed. The Court reviews "de novo any part of the magistrate judge's disposition that has been properly objected to." Fed. R. Civ. P. 72(b); *see also Brissett v. Manhattan & Bronx Surface Transit Operating Auth.*, No. 09-CV-874 (CBA)(LB), 2011 WL 1930682, at *1 (E.D.N.Y. May 19, 2011), *aff'd*, 472 F. App'x 73 (2d Cir. 2012) (summary order). Where no timely objections have been filed, "the district court need only satisfy itself that there is no clear error on the face of the record." *Finley v. Trans Union, Experian, Equifax*, No. 17-CV-0371 (LDH)(LB), 2017 WL 4838764, at *1 (E.D.N.Y. Oct. 24, 2017) (quoting *Estate of Ellington ex rel. Ellington v. Harbrew Imports Ltd.*, 812 F. Supp. 2d 186, 189 (E.D.N.Y. 2011)). Having reviewed the record, I find no clear error. I therefore adopt the Report and Recommendation, in its entirety, as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1).

Accordingly, plaintiffs' motion for default judgment is granted in part and denied in part. I direct the Clerk to enter judgment awarding plaintiffs (1) $232,325.99 in damages; (2) pre-

2

judgment interest on the $232,325.99 damages award at a rate of 9% per year from May 25, 2020 until the date judgment is entered; and (3) $400 in costs.

SO ORDERED.

_____/s/_____
Allyne R. Ross
United States District Judge

Dated:	September 7, 2023
	Brooklyn, New York